

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00239-CV

_____

IN RE MORNINGSTAR OIL & GAS, LLC, TXO PARTNERS GP, LLC AND
TXO PARTNERS, L.P., Relators

---

Original Proceeding
352nd District Court of Tarrant County, Texas
Trial Court No. 352-353631-24

---

Before Bassel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real party in interest's response, and relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: June 17, 2025